## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| **GREG MILLER, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 06-00141-CV-W-NKL |
| ) | |
| **COTTRELL, INC., et al.,** ) | |
| ) | June 7, 2007 |
| Defendants. ) | |
| ) | |
| ) | |

## MINUTE SHEET

HONORABLE Nanette K. Laughrey presiding at Jefferson City, Missouri.
========================================================================
Nature of Proceeding: Teleconference - Oral Argument on Motions to Strike
Time: 1:30 p.m. - 2:45 p.m.
Plaintiff by: Brian Wendler and Charles Armbruster, III
Defendants by: Daniel Carpenter and Amy Lorenz-Moser

Comments:

Teleconference held regarding pending Motions to Strike (Doc. 95 and 96). Oral argument presented. The Court denied Doc. 96, Motion to Strike Plaintiffs' Expert Linda Weseman. The Court will not permit Weseman to testify about anything in post-April 23, 2005, communications with Boydstun Metal Works, Inc. The Court granted in part and denied in part Doc. 95, Motion to Bar Gerald Micklow. The Court will not allow Dr. Micklow to testify to repetitive trauma injury and the Court denied the request of defendant to Bar Dr. Micklow under Daubert. The Court granted defendant's request to prevent the expert from testifying about bio-mechanics previously addressed in the Trobit case.

The Court denied Plaintiff's Motion to Strike Motion for Summary Judgment (Doc. 110).


Report: Katie Wirt                                By: Renea Kanies, Courtroom Deputy